Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| HELPING HANDS SUPPORT SERVICES, a Washington General Partnership; NORTHWEST CORPORATE SERVICES LLC, a Washington Limited Liability Company; FUTCH & ASSOCIATES, PLLC, a Washington Professional Limited Liability Company; DAN PETERSON, an individual; CLEVELAND FUTCH, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DESTINY 508, a Washington Non-profit Corporation, dba DESTINY 508 MENTORING; DIVINE ALLIANCE INTERNATIONAL MINISTRIES, a Washington Non-profit Corporation; LEGACY 508 SERVICES LLC, a Washington limited liability company; DESTINY 508 NON-PROFIT SERVICES, a Washington entity dba DESTINY 508 MENTORING; IMPACT 508 NON-PROFIT SERVICES, a Washington entity; TAMARA ENGWALL, an individual; TODD ENGWALL, an individual; PETER NIEVES, an individual; JIM MONIAK, an individual; SUZANNE MONIAK, an individual; DAVID LEROY, an individual; ELAINE LEROY, an individual; MARK MORRIS, an individual; | No. 3:24-cv-5566-BHS<br><br>**STIPULATED MOTION TO CONTINUE FILING OF ANSWER BY LEGACY 508 SERVICES, LLC**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 22, 2024** |

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

ROB THOMAS, an individual; RENEE GRABLE, an individual,

        Defendants.

Plaintiffs Helping Hands Support Services ("HHSS"), Northwest Corporate Services LLC, Futch & Associates, PLLC, Dan Peterson, and Cleveland Futch ("Plaintiffs") and Defendant Legacy 508 Services, LLC ("Legacy 508") jointly stipulate and hereby move this court, pursuant to LCR 7(d)(1) and LCR 10 for an Order extending Legacy 508's time to file its Answer to Plaintiffs' Complaint (Dkt. # 1) until September 20, 2024.

This extension is comports with the purpose of Fed. R. Civ. P. 1 by allowing the just determination of the action in that it will allow new counsel for Legacy 508 to develop the facts sufficient to respond to Plaintiffs' Complaint, given that counsel was newly appointed to this case on August 20, 2024.

**IT IS SO STIPULATED.**

Dated: August 22, 2024

By:  */s/ Donna M. Chamberlin*
       Donna M. Chamberlin

Donna M. Chamberlin, WSBA No. 31227
Donna.Chamberlin@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1111 3rd Avenue, Suite 2700
Seattle, Washington 98101
Telephone No. (206) 508-1930

Attorney For Defendant Legacy 508 Services, LLP

By:  */s/ Mark D. Miller*
       Mark D. Miller

Mark D. Miller, WSBA No. 55926
MMiller@SierraIPLaw.com
SIERRA IP LAW, PC
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402
Telephone No. (253) 345-1545

Attorney For Plaintiffs Helping Hands Support Services, Northwest Corporate Services LLC, Futch & Associates, PLLC, Dan Peterson, and Cleveland Futch

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

1    IT IS SO ORDERED.

     DATED this 23rd day of August, 2024

                                    _____
                                    BENJAMIN H. SETTLE
                                    United States District Judge

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax