Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| HELPING HANDS SUPPORT SERVICES, a Washington General Partnership; NORTHWEST CORPORATE SERVICES LLC, a Washington Limited Liability Company; FUTCH & ASSOCIATES, PLLC, a Washington Professional Limited Liability Company; DAN PETERSON, an individual; CLEVELAND FUTCH, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DESTINY 508, a Washington Non-profit Corporation, dba DESTINY 508 MENTORING; DIVINE ALLIANCE INTERNATIONAL MINISTRIES, a Washington Non-profit Corporation; LEGACY 508 SERVICES LLC, a Washington limited liability company; DESTINY 508 NON-PROFIT SERVICES, a Washington entity dba DESTINY 508 MENTORING; IMPACT 508 NON-PROFIT SERVICES, a Washington entity; TAMARA ENGWALL, an individual; TODD ENGWALL, an individual; PETER NIEVES, an individual; JIM MONIAK, an individual; SUZANNE MONIAK, an individual; DAVID LEROY, an individual; ELAINE LEROY, an individual; MARK MORRIS, an individual; ROB THOMAS, an individual; RENEE GRABLE, an individual,<br><br>　　　　Defendants. | No. 3:24-cv-5566-BHS<br><br>**STIPULATED MOTION TO CONTINUE FILING OF ANSWER BY ALL DEFENDANTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 20, 2024** |

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

Plaintiffs Helping Hands Support Services ("HHSS"), Northwest Corporate Services LLC, Futch & Associates, PLLC, Dan Peterson, and Cleveland Futch ("Plaintiffs"), and

Defendants DESTINY 508, a Washington Non-profit Corporation, dba DESTINY 508 MENTORING; DIVINE ALLIANCE INTERNATIONAL MINISTRIES, a Washington Non-profit Corporation; LEGACY 508 SERVICES LLC, a Washington limited liability company; DESTINY 508 NON-PROFIT SERVICES, a Washington entity dba DESTINY 508 MENTORING; IMPACT 508 NON-PROFIT SERVICES, a Washington entity; TAMARA ENGWALL, an individual; TODD ENGWALL, an individual; PETER NIEVES, an individual; JIM MONIAK, an individual; SUZANNE MONIAK, an individual; DAVID LEROY, an individual; ELAINE LEROY, an individual; MARK MORRIS, an individual; ROB THOMAS, an individual; and RENEE GRABLE, an individual (collectively "Defendants") jointly stipulate and hereby move this court, pursuant to LCR 7(d)(1) and LCR 10 for an Order extending the time for all Defendants to file their Answer to Plaintiffs' Complaint (Dkt. # 1) until October 21, 2024.

This extension is comports with the purpose of Fed. R. Civ. P. 1 by allowing the just determination of the action in that it will allow counsel for all defendants to develop the facts sufficient to answer Plaintiffs' Complaint, given that counsel was newly appointed to this case on September 10, 2024.

**IT IS SO STIPULATED.**

Dated: September 20, 2024

By:   */s/ Donna M. Chamberlin*
         Donna M. Chamberlin

Donna M. Chamberlin, WSBA No. 31227
Donna.Chamberlin@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1111 3rd Avenue, Suite 2700
Seattle, Washington 98101
Telephone No. (206) 508-1930

Attorney For Defendants

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

By:    /s/ *Mark D. Miller*
       Mark D. Miller

Mark D. Miller, WSBA No. 55926
MMiller@SierraIPLaw.com
SIERRA IP LAW, PC
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402
Telephone No. (253) 345-1545

Attorney For Plaintiffs Helping Hands Support Services, Northwest Corporate Services LLC, Futch & Associates, PLLC, Dan Peterson, and Cleveland Futch

**IT IS SO ORDERED.**

DATED this 20th day of September, 2024

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO CONTINUE FILING OF ANSWER – Page 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax