UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HELPING HANDS SUPPORT SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DESTINY 508, et al., <br><br> Defendants. | CASE NO. 3:24-cv-5566-BHS <br><br> ORDER |

THIS MATTER is before the Court on plaintiff Helping Hands Support Services (HHSS)'s motion for reconsideration, Dkt. 39, of the Court's dismissal of its state law claims and claims against six out of state defendants, Dkt. 38. HHSS asks for leave to amend the four state law claims and to conduct limited discovery as to the activities of the out of state defendants.

It is the Court's general practice to seek a response to a motion for reconsideration in most cases because it cannot grant such a motion unless the opposing party has an opportunity to respond. Local Civil Rule 7(h). The Court therefore directs defendants Destiny 508, et al. to respond to HHSS's motion within 14 days of this Order. The Court

ORDER - 1

1 | will not entertain a reply. The motion for reconsideration, Dkt. 39, is **RE-NOTED** for

2 | February 27, 2025.

3 |     **IT IS SO ORDERED**.

4 |     Dated this 13th day of February, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2