Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

HELPING HANDS SUPPORT SERVICES, a Washington General Partnership; NORTHWEST CORPORATE SERVICES LLC, a Washington Limited Liability Company; FUTCH & ASSOCIATES, PLLC, a Washington Professional Limited Liability Company; DAN PETERSON, an individual; CLEVELAND FUTCH, an individual,

                Plaintiffs,

       vs.

DESTINY 508, a Washington Non-profit Corporation, dba DESTINY 508 MENTORING; DIVINE ALLIANCE INTERNATIONAL MINISTRIES, a Washington Non-profit Corporation; LEGACY 508 SERVICES LLC, a Washington limited liability company; DESTINY 508 NON-PROFIT SERVICES, a Washington entity dba DESTINY 508 MENTORING; IMPACT 508 NON-PROFIT SERVICES, a Washington entity; TAMARA ENGWALL, an individual; TODD ENGWALL, an individual; MARK MORRIS, an individual; RENEE GRABLE, an individual,

                Defendants.

---------------------------------------------------------

And Related Counterclaims

No. 3:24-cv-5566-BHS

**STIPULATED MOTION TO CONTINUE FILING OF RESPONSIVE PLEADING BY ALL COUNTERCLAIM DEFENDANTS**

**NOTE ON MOTION CALENDAR: June 3, 2025**

SIERRA IP LAW, PC
1201 Pacific, Suite 600
Tacoma, Washington 98402
253-345-1545

1    Counterclaim Defendants Helping Hands Support Services ("HHSS"), Helping Hands

2    Outreach ("HHO"), Northwest Corporate Services LLC, Futch & Associates, PLLC, Dan

3    Peterson, and Cleveland Futch (collectively "Counterclaim Defendants"), and

4    Counterclaim Plaintiffs Legacy 508 Services LLC, a Washington limited liability

5    company; Tamara Engwall, an individual; and Todd Engwall, an individual; (collectively

6    "Counterclaim Plaintiffs") jointly stipulate and hereby move this court, pursuant to LCR 7(d)(1)

7    and LCR 10 for an Order extending the time for all Counterclaim Defendants to respond to the

8    Counterclaims (Dkt. # 62) until June 18, 2025.

9    This extension is comports with the purpose of Fed. R. Civ. P. 1 by allowing the just

10   determination of the action in that it will allow counsel for Counterclaim Defendants to develop

11   the facts sufficient to respond to the Counterclaims, given the complexity of the Counterclaims

12   and conflicts during the summer vacation season.

13   **IT IS SO STIPULATED.**

14   Dated: June 3, 2025

15   By:  ___/s/ Donna M. Chamberlin_____
              Donna M. Chamberlin
16
17   Donna M. Chamberlin, WSBA No. 31227
     Donna.Chamberlin@lewisbrisbois.com
18   LEWIS BRISBOIS BISGAARD & SMITH, LLP
     1111 3rd Avenue, Suite 2700
19   Seattle, Washington 98101
     Telephone No. (206) 508-1930
20
21   Attorney For Counterclaim Plaintiffs

22   By:  ___/s/ Mark D. Miller_____
              Mark D. Miller
23
24   Mark D. Miller, WSBA No. 55926
     MMiller@SierraIPLaw.com
25   SIERRA IP LAW, PC
     1201 Pacific Avenue, Suite 600
26   Tacoma, WA 98402
     Telephone No. (253) 345-1545
27
     Attorney For Counterclaim Defendants

STIPULATED MOTION TO CONTINUE FILING OF
RESPONSIVE PLEADING – Page 2

SIERRA IP LAW, PC
1201 Pacific, Suite 600
Tacoma, Washington 98402
253-345-1545

1  **IT IS SO ORDERED.**

2

3  DATED this 3rd day of June, 2025

4  _____

5  THE HONORABLE BENJAMIN H. SETTLE
   UNITED DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SIERRA IP LAW, PC
1201 Pacific, Suite 600
Tacoma, Washington 98402
253-345-1545